TODD C. TUCCI, *pro hac vice*
SARAH K. STELLBERG, *pro hac vice*
Attorneys for Plaintiff
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
ttucci@advocateswest.org
sstellberg@advocateswest.org

AARON GARRETT (Utah Bar # 12519)
Attorney for Plaintiff
Nonprofit Legal Services of Utah
177 East 900 South, Suite 202
Salt Lake City, UT 84111
(385) 419-4111
aaron@nonprofitlegalservices.com

JOHN W. HUBER, United States Attorney (#7226)
JARED C. BENNETT, Assistant United States Attorney (#9097)
MELINA SHIRALDI, Assistant United States Attorney (#13110)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
jared.bennett@usdoj.gov
melina.shiraldi@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FRIENDS OF CEDAR MESA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPT. OF THE INTERIOR et al., <br><br> Defendants. | **JOINT MOTION TO VACATE ORDER TO PROPOSE SCHEDULE [ECF. No. 13]** <br><br> Case No. 4:19-cv-00013-DN-DBP <br><br> District Judge David Nuffer <br><br> Magistrate Judge Dustin B. Pead |

Plaintiff Friends of Cedar Mesa and Defendants United States Department of the Interior, Bureau of Land Management, and Kent Hoffman, by and through the undersigned counsel jointly and respectfully request that the Order to Propose Schedule issued February 8, 2019, be vacated. ECF No. 13. Friends of Cedar Mesa's complaint seeks judicial review of the Bureau of Land Management's March 2018 oil and gas lease sale in San Juan County, Utah. The Parties agree that the claims in this case will be resolved under the Administrative Procedure Act and that the case is exempt from the standard scheduling conference and scheduling order requirements pursuant to DUCivR 16-1(a)(1)(A)(vi). The Parties thus plan to proceed with this case pursuant to DUCivR 7-4.

As such, Defendants plan to file a responsive document pursuant to DUCivR 7-4(a)(2)(B) by **April 12, 2019**. Within 14 days of that statement, by **April 26, 2019**, the parties plan to file a proposed scheduling order pursuant to DUCivR 7-4(a)(5).

For the foregoing reasons the parties respectfully request the Order to Propose Schedule be vacated and that the case proceed in accordance with DUCivR 7-4.

DATED March 12, 2019                    Respectfully submitted,

*/s/* Sarah Stellberg
SARAH K. STELLBERG, *pro hac vice*
TODD C. TUCCI, *pro hac vice*
Attorneys for Plaintiff
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
ttucci@advocateswest.org
sstellberg@advocateswest.org

AARON GARRETT (Utah Bar # 12519)
Attorney for Plaintiff

        Nonprofit Legal Services of Utah
        177 East 900 South, Suite 202
        Salt Lake City, UT 84111
        (385) 419-4111
        aaron@nonprofitlegalservices.com


JOHN W. HUBER
United States Attorney


/s/ Melina Shiraldi (with permission)
MELINA SHIRALDI
Assistant United States Attorney