IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH , SOUTHERN DIVISION

| | |
|---|---|
| FRIENDS OF CEDAR MESA,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPT. OF THE INTERIOR et al.,<br><br>    Defendants. | **ORDER GRANTING JOINT MOTION TO VACATE ORDER TO PROPOSE SCHEDULE**<br><br>Case No.  4:19-cv-00013-DN-DBP<br><br>District Judge David Nuffer<br><br>Magistrate Judge Dustin B. Pead |

Based on the Parties' Joint Motion to Vacate the Order to Propose Schedule,[1] and for good cause appearing;

IT IS HEREBY ORDERED that the Joint Motion to Vacate the Order to Propose Schedule[2] is GRANTED and the Order to Propose Schedule[3] is vacated; and that the case shall proceed in accordance with DUCivR 7-4.

Dated March 12, 2019

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge

---

[1] Joint Motion to Vacate Order to Propose Schedule, docket no. 14, filed March 12, 2019.

[2] *Id*.

[3] Order to Propose Schedule, docket no. 13, filed February 8, 2019.