TODD C. TUCCI, *pro hac vice*
SARAH K. STELLBERG, *pro hac vice*
Attorneys for Plaintiff
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
ttucci@advocateswest.org
sstellberg@advocateswest.org

AARON GARRETT (Utah Bar # 12519)
Attorney for Plaintiff
Nonprofit Legal Services of Utah
177 East 900 South, Suite 202
Salt Lake City, UT 84111
(385) 419-4111
aaron@nonprofitlegalservices.com

JOHN W. HUBER, United States Attorney (#7226)
JARED C. BENNETT, Assistant United States Attorney (#9097)
MELINA SHIRALDI, Assistant United States Attorney (#13110)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: jared.bennett@usdoj.gov
        melina.shiraldi@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FRIENDS OF CEDAR MESA,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPT. OF THE INTERIOR et al.,<br><br>    Defendants. | **JOINT MOTION TO POSTPONE FILING OF SCHEDULE AND CASE MANAGEMENT CONFERENCE**<br><br>Case No.  4:19-cv-00013-DN-PK<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

Plaintiff Friends of Cedar Mesa and Defendants United States Department of the Interior, Bureau of Land Management, and Kent Hoffman, by and through the undersigned counsel (collectively "the Parties") have been negotiating a litigation schedule, and were prepared to file a Proposed Scheduling Order in compliance with DUCivR 7-4 and the Notice of Hearing.[1] However, on April 19, 2019, the Southern Utah Wilderness Alliance ("SUWA"), filed a Motion to Transfer Related Case,[2] requesting Judge Parrish's case no. 2:19-cv-266 be transferred to this Court.

In anticipation of the Motion to Transfer being granted and the case schedules being combined, the Parties jointly and respectfully request that (1) the filing deadline for the Attorney Planning Meeting Report and the Proposed Scheduling Order[3] and (2) the Scheduling and Case Management Conference[4] set for May 3, 2019, be postponed until after the Motion to Transfer is decided. The Parties contend that agreeing on a schedule now, without SUWA, may be a less efficient process and may potentially waste judicial and party resources.

For the foregoing reasons the parties respectfully request the filing of the Proposed Scheduling Order and the Scheduling and Case Management Conference be postponed until after the Motion to Transfer is decided.

DATED April 24, 2019                                    Respectfully submitted,

                                                        JOHN W. HUBER
                                                        United States Attorney

                                                        /s/ Melina Shiraldi
                                                        MELINA SHIRALDI
                                                        Assistant United States Attorney

---

[1] Notice of Hearing, docket no. 19, filed April 15, 2019.

[2] Motion to Transfer Related Case and Memorandum in Support ("Motion to Transfer"), docket no. 20, filed April 19, 2019.

[3] Notice of Hearing, docket no. 19, filed April 15, 2019.

[4] *Id*.

*/s/* Sarah Stellberg (with permission)
SARAH K. STELLBERG, *pro hac vice*
TODD C. TUCCI, *pro hac vice*
Attorneys for Plaintiff
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
ttucci@advocateswest.org
sstellberg@advocateswest.org

AARON GARRETT (Utah Bar # 12519)
Attorney for Plaintiff
Nonprofit Legal Services of Utah
177 East 900 South, Suite 202
Salt Lake City, UT 84111
(385) 419-4111
aaron@nonprofitlegalservices.com