JOHN W. HUBER, United States Attorney (#7226)
JARED C. BENNETT, Assistant United States Attorney (#9097)
MELINA SHIRALDI, Assistant United States Attorney (#13110)
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: jared.bennett@usdoj.gov, melina.shiraldi@usdoj.gov
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FRIENDS OF CEDAR MESA,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPT. OF THE INTERIOR et al.,<br><br>    Defendants. | **UNITED STATES' MOTION TO HAVE COUNSEL LISTEN TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>Case No. 4:19-cv-00013-DN-PK<br>Case No. 2:19-cv-00266-DN<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID BERNHARDT et al.,<br><br>    Defendants. | |

A Case Management Conference is scheduled for June 6, 2019, in St. George Utah.[1] The United States respectfully requests Elizabeth Schulte, counsel from the Office of the Regional Solicitor, be allowed to listen to the Case Management Conference telephonically.

---

[1] Docket No. 23, filed April 25, 2019.

Assistant United States Attorney Shiraldi will be attending the conference in person, but due to financial burdens Ms. Schulte will not be attending.

Friends of Cedar Mesa and SUWA have been contacted and do not oppose this Motion.

DATED this 31st day of May, 2019.

                                        JOHN W. HUBER
                                      United States Attorney

                                        /s/ *Melina Shiraldi*
                                        MELINA SHIRALDI
                                        Assistant United States Attorney

OF COUNSEL:

ELIZABETH SCHULTE
Office of the Regional Solicitor
Bennett Federal Building
125 South State Street
Salt Lake City, UT 84138
elizabeth.schulte@sol.doi.gov