JOHN W. HUBER, United States Attorney (#7226)
JARED C. BENNETT, Assistant United States Attorney (#9097)
MELINA SHIRALDI, Assistant United States Attorney (#13110)
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: jared.bennett@usdoj.gov, melina.shiraldi@usdoj.gov
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FRIENDS OF CEDAR MESA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPT. OF THE INTERIOR et al.,<br><br>    Defendants. | **MOTION TO STAY THE SCHEDULING ORDER**<br><br>Case No. 4:19-cv-00013-DN-PK<br>Case No. 2:19-cv-00266-DN (closed)<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

David Bernhardt, the United States Department of the Interior, United States Bureau of Land Management ("BLM"), and Kent Hoffman (collectively, "the Federal Defendants") respectfully request that the Scheduling Order[1] be stayed.

Thirty-six oil and gas leases are at issue in this case[2] and BLM plans to suspend all 36 oil and gas leases. Consequently, the Federal Defendants will file a motion to dismiss this action.

The parties met and conferred and were unable to reach a stipulation regarding this Motion to Stay. Plaintiffs indicated they will oppose this Motion to Stay.

---

[1] Consolidated Scheduling Order in an Administrative Case under DUCivR 7-4, docket no. 31, filed May 31, 2019.

[2] Complaint for Declaratory and Injunctive Relief, docket no. 26, filed May 6, 2019; First Amended Complaint for Declaratory and Injunctive Relief, docket no. 32, filed May 31, 2019.

In anticipation of a forthcoming motion to dismiss, the Federal Defendants respectfully request the Scheduling Order be stayed.

DATED this 16th day of July, 2019.

JOHN W. HUBER<br>
United States Attorney<br>
<br>
/s/ *Melina Shiraldi*<br>
MELINA SHIRALDI<br>
Assistant United States Attorney

OF COUNSEL:

ELIZABETH SCHULTE
Office of the Regional Solicitor
Bennett Federal Building
125 South State Street
Salt Lake City, UT 84138
elizabeth.schulte@sol.doi.gov