IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FRIENDS OF CEDAR MESA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPT. OF THE INTERIOR et al.,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br><br><br>Case No. 4:19-cv-00013-DN-PK<br><br>District Judge David Nuffer |
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BERNHARDT et al.,<br><br>Defendants. | |

IT IS ORDERED AND ADJUDGED THAT:

Plaintiffs' complaints[1] and this consolidated action are DISMISSED without prejudice.

Signed March 2, 2020.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[1] FCM Complaint, docket no. 32, filed May 31, 2019; SUWA Complaint, docket no. 26, filed May 6, 2019.